

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――――

No. 02-20-00140-CV

―――――――――――――――

AUTOSOUND & SECURITY, INC., Appellant

V.

KATO BUILDING COMPANY, LTD., Appellee

―――――――――――――――――――――――――――――――

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2020-00236-JP

―――――――――――――――――――――――――――――――

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 20, 2020